IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTEN WILLIAMS,** : | |
|     Plaintiff, : | |
| : | |
| v. : | Case No. 2:24-cv-06767-JDW |
| : | |
| **NORTH COVENTRY TOWNSHIP,** *et al.*, : | |
|     **Defendants.** : | |

### ORDER

AND NOW, this 9th day of May, 2025, upon consideration of Plaintiff Christen Williams's Motion To Proceed *In Forma Pauperis* (ECF No. 6), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **GRANTED**, and the Complaint is **DEEMED** filed.

It is **FURTHER ORDERED** that Ms. Williams's Motion For Reconsideration (ECF No. 5) is **DENIED AS MOOT**.

It is **FUTHER ORDERED** that, for the reasons stated in the accompanying Memorandum, Ms. Williams's malicious prosecution claims (and the claims that derive from it) are **DISMISSED WITHOUT PREJUDICE**, and the remaining claims in the case are **DISMISSED WITH PREJUDICE**. I will not grant Ms. Williams leave to file an amended complaint for the claims that I have dismissed without prejudice. Ms. Williams may assert them in a new civil action if the criminal proceedings against her terminate in her favor.

The Clerk of Court shall close this case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**